IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT COURT OF CALIFORNIA

TAMMIE DAVIS,

        Plaintiff,                    No. 2:12cv1593 KJM CKD

   vs.

TOWER SELECT INSURANCE COMPANY, INC., et al.,

        Defendants.              <u>ORDER</u>

_____/

        The parties have expressed interest in a settlement conference and are amenable to a settlement conference convened by a member of the court's Voluntary Dispute Resolution Panel (VDRP). Accordingly, this matter is referred to the court's ADR Coordinator, Sujean Park, for referral to VDRP in sixty days from the filed date of this order, for the convening of a VDRP session to take place in thirty to sixty days thereafter. A principal with full settlement authority for each party shall appear at the VDRP session.

DATED: March 20, 2013.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE